JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>            Plaintiff,<br><br>     v.<br><br>EL PRADO PROPERTIES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND DOES 1-10,<br><br>            Defendants. | Case No.: CV 20-8759-GW-JPRx<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  September 23, 2020<br>Trial Date:     Not on Calendar |

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's ("Plaintiff") action against Defendant El Prado Properties LLC ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: November 23, 2020

_____
HON. GEORGE H. WU,
United States District Judge

2
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE